IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 20-02169-MCF11 |
| LIMENOS CORPORATION | Chapter 11 |
| | |
| 66-0581905 | |
| Debtor(s) | FILED & ENTERED ON DEC/01/2020 |

ORDER

     The Debtor's objections to claims number 7-1 and 8-1 (Docket Nos. 55 and 56) are denied for failure to give proper notice.  The Debtor cannot give notice to the claimants at the address of their counsel. Furthermore, upon review of the claims, the court orders the following:

     (1) Debtor must give notice and file the corresponding certificate of service, on or before December 7, 2020, at 2:00 PM, of the bankruptcy proceeding to creditor Equal Employment Opportunity Commission and its respective counsel;

     (2) Debtor must inform the status of the case in the United States District Court for the District of Puerto Rico on or before December 7, 2020, at 2:00 PM; and

     (3) Debtor is ordered to show cause, on or before December 7, 2020, at 2:00 PM, why the confirmation should not be held in abeyance or vacated for failing to notify at the confirmation hearing that these contested issues were still pending resolution.

     IT IS SO ORDERED.

     In San Juan, Puerto Rico, this 1 day of December, 2020.

*Mildred Caban*

Mildred Caban Flores
United States Bankruptcy Judge