IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 20-02169-MCF11 |
| LIMENOS CORPORATION | Chapter 11 |
| 66-0581905 | |
| Debtor(s) | FILED & ENTERED ON MAR/23/2021 |

ORDER TO SHOW CAUSE

Debtor's counsel is hereby ordered to show cause within 14 days why the court should not eliminate the following items charged to the Debtor on the application for compensation (Docket No. 104):

1) Review of voluntary petition, dated 06/23/2020 at page 5 of the application for compensation for the amount of $200.

2) Filing of voluntary petition, dated 06/24/2020 at page 5 of the application for compensation for the amount of $33.

3) Drafting the first application for compensation, dated 01/8/2021 at page 11 of the application for compensation for the amount of $800.

Regarding the first two items, the court notes that they are similar to two charges located on page 4 of the application with the dates of 06/04/2020 and 06/05/2020.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 23 day of March, 2021.

*Mildred Caban*

Mildred Caban Flores
United States Bankruptcy Judge