IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 20-02169-MCF11 |
| LIMENOS CORPORATION | Chapter 11 |
| 66-0581905 | |
| Debtor(s) | FILED & ENTERED ON APR/19/2021 |

ORDER & NOTICE

    Debtor's Urgent Motion Requesting Rescheduling of Hearing (Docket No. 120) is granted.

    All matters scheduled for April 21, 2021, at 9:00 AM, are hereby rescheduled for July 28, 2021, at 9:00 AM, via Microsoft Teams. All parties that wish to appear at the hearing must familiarize themselves and follow the Procedures for Remote Appearances, found on the homepage of our Website at https://www.prb.uscourts.gov/.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 19 day of April, 2021.

*Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge